IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| LEO GRAVES, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 6:15-cv-855 |
| | § | MHS-JDL |
| THE STATE OF TEXAS, et al., | § | |
| | § | |
| Defendants. | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

Plaintiff Leo Wayne Graves initiated this civil action on September 15, 2015. This civil action was thereafter referred to United States Magistrate Judge John D. Love. On December 14, 2015, Judge Love issued a Report and Recommendation, recommending that the undersigned GRANT Docket Nos. 17 and 18, DENY Docket No. 19 as moot, and GRANT-IN-PART and DENY-IN-PART Docket No. 32. (Doc. No. 33.) On February 3, 2016, the undersigned adopted the recommendation of the Magistrate Judge as the findings and conclusion of the Court. (Doc. No. 36.) Further, the undersigned ORDERED Plaintiff to file an amended complaint addressing the remaining claim against Defendant Williamson within 14 days. (Doc. No. 36, at 3.) The docket sheet in this matter indicates Plaintiff received said Order on February 10, 2016. (Doc. No. 37.) After the time to file an amended complaint as ordered by the Court had passed, the Magistrate Judge issued a Report and Recommendation, recommending that the remaining claims in this action be DISMISSED without prejudice for failure to obey a Court Order. (Doc. No. 38.) Plaintiff received that Report and Recommendation on March 17, 2016. (Doc. No. 40.)

Since that time, Plaintiff has not filed any objections to the Magistrate Judge's Report and Recommendation or filed an amended complaint as ordered by the Court.

Therefore the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of the Court. It is accordingly **ORDERED** that the complaint is hereby **DISMISSED WITHOUT PREJUDICE**. It is further **ORDERED** that any motion not previously ruled on is **DENIED**.

**SIGNED this 12th day of April, 2016.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE